LANYON'S DETECTIVE AGENCY, INC., v. JOHN COCHRANE and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

TWENTY-TWO THAMES STREET CORPORATION v. JAMES HERBERT.— Motion granted on payment by appellant of respondent's disbursements for stenographer's minutes and printing of respondent's brief and ten dollars costs of motion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

GRACE H. GUINZBURG and Others v. GUSTAVE BLUMENTHAL and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion denied, without costs and without prejudice to renewal, and argument of appeal meantime stayed. The judgment in *Evans* v. *Appell* should be entered pursuant to the order of this court of November 28, 1924. [See *Evans* v. *Appell*, 211 App. Div. 105.] Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CAMILLE C. A. PERCEVAL and Others, as Executors, etc., v. HUGO WERNER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of JOSEPH GALLAGHER, an Attorney.— Motion granted and proceeding referred to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of ABRAHAM KALISKY, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

STANDARD RICE COMPANY, INC., Appellant, v. A. KLIPSTEIN & COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

APPLETON COMPANY, a Foreign Corporation, Appellant, v. SCHAJA GOLDSTEIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARGARET H. SMITH, an Infant, by MARGARET SMITH, Her Guardian ad Litem, Appellant, v. THIRD AVENUE RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and Martin, JJ.

ELENA P. ROVIRA, Appellant, v. ANDREW BOGET, Also Known as "ANDREW BOGETTI," Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.; Clarke, P. J., and Dowling, J., dissent.

ROSE H. NEUER, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the finding that the death of the decedent was not due to suicide is against the weight of the evidence. Present — Clarke, P. J., Dowling, Merrell and Martin, JJ.